UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE GUZMAN, | No. C 07-3051 SI (pr) |
| Petitioner, | **ORDER OF DISMISSAL** |
| v. | |
| BEN CURRY, warden, | |
| Respondent. | |

On July 30, 2007, the court found that the petition for writ of habeas corpus did not state a claim for habeas relief and ordered petitioner to file an amended petition by September 7, 2007, cautioning that the failure to file the amended petition by the deadline would result in the dismissal of the action. Petitioner did not file an amended petition and deadline by which to do so has long passed. Accordingly, this action is dismissed for failure to state a claim upon which habeas relief may be granted. The clerk shall close the file.

IT IS SO ORDERED.

DATED: December 17, 2007

SUSAN ILLSTON
United States District Judge