UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE GUZMAN, | No. C 07-3051 SI (pr) |
| Petitioner, | **JUDGMENT** |
| v. | |
| BEN CURRY, warden, | |
| Respondent. | |

This action is dismissed for failure to state a claim upon which habeas relief may be granted.

IT IS SO ORDERED AND ADJUDGED.

DATED: December 17, 2007

SUSAN ILLSTON
United States District Judge